IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 6 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| DANNY LEE PEOPLES, | ) | FINAL ORDER |
| | ) | |
| Petitioner, | ) | |
| | ) | CASE NO. 7:11-CV-00573 |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By:  James C. Turk |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Dismiss (ECF No. 8) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court.  Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 6th day of December, 2012.

_____
Senior United States District Judge