CLERK'S OFFICE U.S. DIST. COUR
AT ROANOKE, VA
FILED

DEC 06 2012

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **DANNY LEE PEOPLES,** | ) | **FINAL ORDER** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **CASE NO. 7:11-CV-00573** |
| **v.** | ) | |
| | ) | |
| **COMMONWEALTH OF VIRGINIA,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Dismiss (ECF No. 8) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

**ENTER**: This 6th day of December, 2012.

[signature]
Senior United States District Judge